# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ROY DERKSEN,**

        Plaintiff,

        V.                CASE NUMBER: **05-C-897**

**FOND DU LAC COUNTY,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is GRANTED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|    **August 15, 2007** |  **JON W. SANFILIPPO** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |